HOWARD JENSEN, an Infant, etc., by ALMA JENSEN, His Guardian ad Litem, Appellant, v. THE UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied,

with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.